CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELIAS LICONA GODINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No.: 4:25-cv-04077 HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ORDER** |

    The parties hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before August 18, 2025. The parties make this request because Defendants need a brief period of additional time to prepare their response.

    The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or September 16, 2025. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by October 16, 2025.

Respectfully submitted,[1]

PATRICK D. ROBBINS
Acting United States Attorney

Dated: July 18, 2025

*/s/ Molly Friend*
MOLLY FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 18, 2025

*/s/ Josh F. Sigal*
JOSH F. SIGAL
Mendelson Law Firm, A.P.C.
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   7/21/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No.: 4:24-cv-04077 HSG                  2